UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In Re: *Ex Parte* Application of PENSION FOUNDATION OF PRESBYTERIAN CHURCH OF KOREA,<br><br>Petitioner. | Case No.  4:21-mc-80056-TSH<br><br>**[PROPOSED] ORDER GRANTING PENSION FOUNDATION OF PRESBYTERIAN CHURCH OF KOREA'S *EX PARTE* APPLICATION FOR DISCOVERY ORDER PURSUANT TO 28 U.S.C. § 1782 FOR USE IN FOREIGN PROCEEDINGS**<br><br>[*Filed concurrently with Ex Parte Application, and Declarations of Dohyung Kim and Jen C. Won*]<br><br>Hearing Date:<br>Time: |

1  The Court, having read and considered Petitioner Pension Foundation of Presbyterian Church of Korea's ("PCK" or the Applicant) *Ex Parte* Application For An Order To Conduct Discovery For Use In Foreign Proceedings Under 28 U.S.C. § 1782 (the "Application") and all papers submitted in support thereof, this Court finds that: (1) the statutory requirements of 28 U.S.C. § 1782 are satisfied; and (2) the factors identified by the United States Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004), weigh in favor of granting the Application.

It is therefore ORDERED that:

(a)  the Application is GRANTED; and

(b)  Applicant is authorized to serve the subpoenas attached as Exhibits A and B to the Application.

IT IS SO ORDERED.

Date: __March 17_____, 2021

_____
Thomas S. Hixson
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER GRANTING PCK'S *EX PARTE* APPLICATION FOR DISCOVERY ORDER PURSUANT TO 28 U.S.C. § 1782 FOR USE IN FOREIGN PROCEEDINGS